# Exhibit A



# STATE OF ARIZONA
## CERTIFICATION OF VITAL RECORD

**STATE OF ARIZONA**
**DEPARTMENT OF HEALTH SERVICES-BUREAU OF VITAL RECORDS**
**CERTIFICATE OF DEATH**

ORIGINAL STATE COPY

State File Number: 102-2018-033037

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | JASON, GARRETT, FRANKLIN |
| 2. AKA's (If Any) | |
| 3. Date of Death | 07/14/2018 |
| 4. Sex | MALE |
| 5. Social Security Number | 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 |
| 6. Date of Birth | 05/06/1992 |
| 7. Age | 26 YEARS |
| 8. City/Town, County and Zip or Location of Death | TEMPE, MARICOPA, 85281 |
| 9. Place of Death | RESIDENCE - 442 E BARBARA DRIVE |
| 10. Birthplace | LOS ANGELES, CALIFORNIA |
| 11. Marital Status | NEVER MARRIED |
| 12. Name of Surviving Spouse Prior to First Marriage | NOT LISTED |
| 13. Decedent's Usual Residence Address | 442 E BARBARA DRIVE, TEMPE, MARICOPA, AZ, 85281 |
| 14. Decedent's Hispanic Origin(s) | NO, NOT SPANISH/HISPANIC/LATINO |
| 15. Decedent's Race(s) | WHITE |
| 16. Ever in Armed Forces | NO |
| 17. Occupation | MEDIA DIRECTOR |
| 18. Father's Name | GREGG, LEWIS, FRANKLIN |
| 19. Mother's Name Prior to First Marriage | JANICE, , MATTIUCCI |
| 20. Informant's Name | JANICE, MATTIUCCI, FRANKLIN |
| 21. Relationship | PARENT |
| 22. Informant's Mailing Address | 634 BLUEGRASS STREET, SIMI VALLEY, CA, 93065 |
| 23. Name and Address of Funeral Facility | WYMAN CREMATION & BURIAL CHAPEL, 115 S COUNTRY CLUB DRIVE, MESA, AZ, 85210 |
| 24. Funeral Director's Name | SAMUEL, R, BUELER |
| 25. License Number | F1076 |
| 26. Method(s) of Disposition | REMOVAL/BURIAL |
| 27. Name and Location of 1st Disposition Facility | FOREST LAWN MEMORIAL PARK-HOLLYWOOD HILLS, LOS ANGELES, CA, US |
| 28. Name and Location of 2nd Disposition Facility | |

### MEDICAL CERTIFICATION SECTION CAUSE OF DEATH PART I

| # | Description | Approximate Interval |
|---|---|---|
| 29.A | Immediate Cause of Death: HANGING | 30. UNKNOWN |
| 31.B | Due to or as a consequence of: | 32. |
| 33.C | Due to or as a consequence of: | 34. |
| 35.D | Due to or as a consequence of: | 36. |

### CAUSE OF DEATH PART II

| Field | Value |
|---|---|
| 37. Other Significant Conditions | |
| 38. Injury? | YES |
| 39. Injury at Work? | NO |
| 40. Manner of Death | SUICIDE |
| 41. Time of Death | 20:49 |
| 42. Was an Autopsy Performed? | YES |
| 43. Were Autopsy Findings Available to Complete the Cause of Death? | YES |

### CAUSE AND MANNER CERTIFICATION

| Field | Value |
|---|---|
| 44. Name of Person Completing Cause of Death | MARK, E., SHELLY |
| 45. Date Certified | 07/16/2018 |
| 46. Certifier's Address | 701 W JEFFERSON STREET, PHOENIX, AZ, 85007 |

Date Registered: 07/18/2018
Date Issued: 07/19/2018
VS-49 Rev. 12/2017



This is a true certification of the facts on file with the Arizona Department of Health Services, Bureau of Vital Records, PHOENIX, ARIZONA.
Revised 07/2016

J1025775

**KRYSTAL COLBURN**
ASSISTANT STATE REGISTRAR

ARIZONA DEPARTMENT OF HEALTH SERVICES

This copy not valid unless prepared on a form displaying the State Seal and impressed with the raised seal of the issuing agency.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**